# First District Court of Appeal
## State of Florida

_____

No. 1D2023-0599
_____

BRADLEY STEVEN KOVARIK,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Okaloosa County.
David Rimmer, Judge.


June 10, 2024

PER CURIAM.

    AFFIRMED.

LEWIS, M.K. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.